UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| SAINTALIA BRUTUS, | ) | CASE NO. C06-0516-JCC-MAT |
| Petitioner, | ) | |
| v. | ) | ORDER RE BRIEFING SCHEDULE |
| NEAL CLARK, et al., | ) | |
| Respondents. | ) | |

The parties having so stipulated, the Court hereby Orders that the Respondents' Motion to Dismiss shall be subject to the following briefing schedule as agreed to by the parties:

May 30, 2006    Petitioner's response brief shall be filed;

June 9, 2006    Respondents' optional reply brief shall be filed;

June 9, 2006    Respondents' Motion to Dismiss noted for consideration.

DATED this 8th day of May, 2006.

Mary Alice Theiler
United States Magistrate Judge

ORDER RE BRIEFING SCHEDULE
PAGE -1